NUMBER 13-05-140-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG 
_________________________________________________________

SAMBRANO CORPORATION D/B/A SAMCORP
GENERAL CONTRACTORS,                                                Appellant,

v.

VICTOR ROCHA D/B/A TEXAS LANDSCAPES,                      Appellee.
_________________________________________________________

On appeal from County Court at Law No. 1 
of Hidalgo County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Justices Yañez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, SAMBRANO CORPORATION D/B/A SAMCORP GENERAL
CONTRACTORS, perfected an appeal from a judgment entered by County Court at
Law No. 1 of Hidalgo County, Texas, in cause number CL-04-665-A. After the notice
of appeal was filed, appellant filed a motion to dismiss the appeal. In the motion,
appellant states that the underlying case has been settled. Appellant requests that
this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and 
filed this the 26th day of May, 2005.